James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN TIERNEY, | CV# 3:11-01086-RE |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2131.44 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition, Plaintiff will be awarded $37.36 in postage expenses pursuant to 28 U.S.C. § 2412 and $353.40 in photocopying and filing costs pursuant to 28 U.S.C. § 1920. The court directs Defendant to issue checks to Plaintiff in care of her attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204..

Dated this _7_ day of _January_, 2013.

_____
United States District Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff