James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
(PORTLAND)

KATHLEEN TIERNEY,                                        CV# 3:11-01086-RE

             Plaintiff,

                                                        ORDER GRANTING
     v.                                          UNOPPOSED MOTION FOR
                                                         406(B) FEES
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

             Defendant.

_____


        it is hereby ORDERED that attorneys' fees in the amount of $10,000 are

awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The court finds that this

is a reasonable fee in light of the circumstances in this case.  Plaintiff has been

awarded attorney fees in the amount of $2131.44 under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412.  When issuing the 406(b) check for payment to Plaintiff's

attorney, the agency is directed to subtract the amount paid under the EAJA and send

Plaintiff's attorneys the balance, minus any applicable processing fees as allowed by

statute.

        DATED this ___1___ day of ___February___, 2013.

                                        _____
                                        United States District Judge


Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff